**Opinion filed July 11, 2019**



In The

# Eleventh Court of Appeals

_____

## No. 11-19-00193-CV

_____

## CARLOS FLORES, Appellant

## V.

## MARISOL CARAPIA, Appellee

**On Appeal from the 446th District Court**
**Ector County, Texas**
**Trial Court Cause No. CC2-26,129**

## MEMORANDUM OPINION

Carlos Flores has filed a pro se notice of appeal from an order denying his motion to recuse the trial judge from continuing to preside over the case below. We dismiss the appeal.

On June 5, 2019, when this appeal was docketed, the clerk of this court wrote Appellant and informed him that it did not appear that the order from which he was attempting to appeal was a final, appealable order. We requested that Appellant

respond and show grounds to continue the appeal. We have not received any response from Appellant.

An order denying a motion to recuse the sitting judge is not a final, appealable order but, rather, "may be reviewed only for abuse of discretion on appeal from the final judgment." TEX. R. CIV. P. 18a(j)(1)(A). Because Appellant has filed a notice of appeal from the interlocutory order denying his motion to recuse, rather than from a final judgment, we have no jurisdiction to entertain this appeal. *See Joyner v. Powell*, No. 14-18-00577-CV, 2018 WL 5261128 (Tex. App.—Houston [14th Dist.] Oct. 23, 2018, no pet.) (mem. op.).

Consequently, we dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

PER CURIAM

July 11, 2019

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.